| FORM B1 | United States Bankruptcy Court NORTHERN District of ILLINOIS | Voluntary Petition |
|---|---|---|

| Name of debtor (If individual, enter Last, First, Middle)

**Roberts, Roberta** | Name of Joint Debtor (Spouse)(Last, First, Middle) |
|---|---|

| All Other Names used by the debtor in the last 6 years (Include married, maiden, and trade names)

**Muhammad, Roberta** | All Other Names used by the joint debtor in the last 6 years (include married, maiden, and trade names) |
|---|---|

| Last four digits of Soc. Sec. No./Complete EIN or other Tax No. (If more than one, state all) **xxx-xx-0294** | I.D. Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (If more than one, state all) |
|---|---|

| Street Address of Debtor (No.& Street, City, State & Zip Code):

**17811 Maple, County Club Hills, IL 60478** | Street Address of Joint Debtor (No.& Street, City, State & Zip Code): |
|---|---|

| County of Residence or of the Principal Place of Business **Cook** | County of Residence or of the Principal Place of Business |
|---|---|

| Mailing Address of Debtor (If different from street address):

**N/A** | Mailing Address of Joint Debtor (If different from street address) |
|---|---|

Location of Principal Assets of Business Debtor
(If different from addresses listed above)

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has a residence, principal place of business, or principal assets in this District for 180 days immediately proceeding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)

☒ Individual(s)        ☐ Railroad
☐ Corporation        ☐ Stockbroker
☐ Partnership        ☐ Commodity Broker
☐ Other_____        ☐ Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☒ Chapter 7    ☐ Chapter 11    ☐ Chapter 13
☐ Chapter 9    ☐ Chapter 12
☐ Sec. 304--Case Ancillary to Foreign Proceeding

**Nature of Debts** (Check one box)

☒ Consumer/Non-Business    ☐ Business

**Filing Fee** (Check one box)

☒ Full Filing Fee attached

☐ Filing Fee to be paid in installments  (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b).  See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)

☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information (Estimate only)**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000- |
|---|---|---|---|---|---|---|
| | ☐ | ☒ | ☐ | ☐ | ☐ | |

| Estimated Assets | | | | | | |
|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $5000,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million |
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | |

| Estimated Debts | | | | | | |
|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $5000,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million |
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 10/14/2005
Time: 14:41:16
Debtor: Roberta Roberts
Case: 05-61422
Chapter: 7 Rec. # : 3142463
Judge: A. Goldgar
341 mtg: 02/13/2006 @ 12:30pm
ConfHrg: 10/16/2005 10/16/2005
Trustee: Phillip Levey

1:05BK61422-BK001

| Voluntary Petition<br>(This page must be completed and filed in every case) | Name of Debtor(s): **Roberta Roberts** |
|---|---|

## Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: **N/A** | Case Number: | Date Filed: |
|---|---|---|

| PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THIS DEBTOR (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **N/A** | Case Number: | Date: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11,12 or 13 of title 11, United States Code, understand The relief available under each such chapter, and choose to proceed Under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Roberta Roberts_
Signature of Debtor  **Roberta Roberts**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X _Lori G. Gillis_
Signature of Attorney for Debtor

Printed Name of Attorney for Debtor(s)
**Lori V. Gillis**

Firm Name
**Calvin D. Hawkins Law Firm**
Address
**4858 Broadway-PO Box 64859**
**Gary, IN 46401**
**(219) 887-2626**
Telephone Number

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests reliefs in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐   Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _Lori G. Gillis_   10/13/2005
Signature of Attorney for Debtor(s) **Lori V. Gillis**   Date

## Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☐ No

## Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110 (c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

§ 0301-06--Summary of Schedules

**United States Bankruptcy Court**

**Northern** District of **Illinois**

In re: <u>Roberta Roberts</u>          Case No. _____
          Debtor                         (If known)

                                        **Chapter  7**

### SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of page in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (Yes/No) | No. of Sheets | Assets | Amounts Scheduled | |
|---|---|---|---|---|---|
| | | | | Liabilities | Other |
| A-Real Property | | | $ 58,000.00 | | |
| B-Personal Property | | | $  3,795.00 | | |
| C-Property Claimed | | | | | |
| D-Creditors Holding | | | | $  35,000.00 | |
| E-Creditors Holding | | | | $      0.00 | |
| F-Creditors Holding | | | | $ 57,696.49 | |
| G-Executory Contracts | | | | | |
| H-Codebtors | | | | | |
| I-Current Income of | | | | | $ 2,657.54 |
| J-Current Expenditures | | | | | $ 2,112.68 |
| Total Number of Sheets | | | | | |
| Total Assets | | | $ 61,795.00 | | |
| Total Liabilities | | | | $ 92,696.49 | |

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B [§ 0100-02]. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank.

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or in part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule. The following schedules and documents should be completed:

Summary of Schedules (above)
Schedule A-Real Property
Schedule B-Personal Property
Schedule C-Property Claimed as Exempt
Schedule D-Creditors Holding Secured Claims
Schedule E-Creditors Holding Unsecured Claims

Schedule F-Creditors Holding Unsecured Nonpriority Claims
Schedule G-Executory Contracts and Unexpired Leases
Schedule H-Codebtors
Schedule I-Current Income of Individual Debtor(s)
Schedule J-Current Expenditures of Individual Debtor(s)
Unsworn Declaration under Penalty of Perjury

§ 0301-07--Schedule A--Real Property.

**In re: Roberta Roberts**                **Case No.**_____
        Debtor                                 (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife Joint, or Community)." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. if no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTION ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **17811 Maple**<br>**Country Club Hills, IL** | residence | Joint | $ 58,000.00 | $ 35,000.00 |
| | | **TOTAL  >** | $ 58,000.00 | $ 35,000.00 |

(REPORT ALSO ON SUMMARY OF SCHEDULES)

In re: <u>Roberta Roberts</u>                                          Case No. _____
      Debtor                                                        (If known)

## SCHEDULE B - PERSONAL PROPERTY

    Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

    Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

    If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | x | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking-TCF Bank** | | **$ 200.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | x | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Living room: sofa, loveseat, tables chairs Dining room: table chairs, Bedroom 1: bed, dresser, chest, nightstand, Bedroom 2: bed, dresser, Bedroom 3: bed, dresser, Bedroom 4, bed, dresser, Family room: chairs, tables, Kitchen: stove, refrigerator, table, chairs, cookware, TV | | **$ 770.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape compact disc, and other collections or collectibles. | x | | | |
| 6. Wearing apparel. | | | | **$ 100.00** |
| 7. Furs and jewelry. | | Clothing Jewelry | | **$ 500.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | x | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | x | | | |
| 10. Annuities, itemize and name each issuer. | x | | | |

**In re: Roberta Roberts**            **Case No.** _____
      Debtor.  ,                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (CONTINUATION SHEET)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED LAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | x | | | |
| 12. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | x | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | x | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | x | | | |
| 15. Accounts Receivable. | x | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | x | | | |
| 17. Other liquidated debts owing debtor include tax refunds. Give particulars. | x | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | x | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | x | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | x | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | x | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | x | | | |

In re: __Roberta Roberts__                                    Case No. _____
           Debtor   .                                                        (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (CONTINUATION SHEET)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Automobiles, trucks, trailers, and other vehicles. | | **1997 Plymouth Voyager** | | $ 2,225.00 |
| 24. Boats, motors, and accessories. | x | | | |
| 25. Aircraft and accessories. | x | | | |
| 26. Office equipment, furnishings, and supplies. | x | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | x | | | |
| 28. Inventory. | x | | | |
| 29. Animals. | x | | | |
| 30. Crops - growing or harvested. Give particulars. | x | | | |
| 31. Farming equipment and implements. | x | | | |
| 32. Farm supplies, chemicals, and feed. | x | | | |
| 33. Other personal property of any kind not already listed. Itemize. | x | | | |

____ continuation sheets attached

Total >          **$ 3,795.00**

(Include amounts from any continuation sheets attached. Report total  also on Summary of Schedules.)

§ 0301-09—Schedule C—Property Claimed as Exempt

**In re:** Roberta Roberts                    **Case No.** _____
_____ Debtor                                       (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:

(Check one box)
[ ] 11 U.S.C. § 522(b)(1)    Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

[X] 11 U.S.C. § 522(b)(2)    Exemptions available under applicable non-bankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period that in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable non-bankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTION EXEMPTION |
|---|---|---|---|
| 17811 Maple Country Club Hills, IL | 735-5/12-901, 906, 902 | $ 7,500.00 | $ 58,000.00 |
| Checking Account | 735-5/12/1001(b) | $ 200.00 | $200.00 |
| Household Goods | 735-5/12/1001(b) | $ 770.00 | $ 770.00 |
| Clothing | 735-5/12/1001(a) | $ 100.00 | $ 100.00 |
| Jewelry | 735-5/12/1001(b) | $ 500.00 | $ 500.00 |
| Automobile | 735-5/12/1001(c), 735-5/12-1001(b) | $ 2,225.00 | $ 2,225.00 |

§ 0301-10--Schedule D--Creditors Holding Secured Claims

In re: <u>Roberta Roberts</u>                                              Case No. _____
       Debtor                                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.  List creditors in alphabetical order to the extent practicable.  If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, pace an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of the claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

[ ]  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <u>8498601114</u> **Washington Mutual Home Loans** PO Box 3139 Milwaukee, WI 53201 | x | Joint | **House & lot** VALUE $58,000.00 | | | | **$ 35,000.00** | $ . |
| ACCOUNT NO. | | | VALUE $ | | | | $ | $ |
| ACCOUNT NO. | | | VALUE $ | | | | $ | $ |
| ACCOUNT NO. | | | VALUE $ | | | | $ | $ |
| ACCOUNT NO. | | | VALUE $ | | | | $ | $ |
| __ continuation sheets attached | | | Subtotal > (Total of this page) | | | | **$ 35,000.00** | $ |
| | | | Total > (Complete only on last page of Schedule D) | | | | **$ 35,000.00** | $ |

(Report total also on Summary of Schedules)

In re: **Roberta Roberts**                                                 Case No. _____
      Debtor                                                                              (If known)

### SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to property, listed separately by type of priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number if any, of all entities holding priority claims against the debtor of the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled, "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

[x] Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS(Check the approprate box(es) below if claims in that category are listed on the attached sheets)

[ ] Extensions of credit in an involuntary case

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

[ ] Wages, salaries, and commissions

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4000* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

[ ] Contributions to employee benefit plans

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

[ ] Certain farmers and fisherman

    Claims of certain farmers and fishermen, up to $4000* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

[ ] Deposits by individuals

    Claims of individuals up to $1800* for deposits for the purchase, lease, or rental of property or services of personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

[ ] Alimony, Maintenance, or Support

    Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

[ ] Taxes and Other Certain Debts owed to Governmental

    Taxes, customs, duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

[ ] Commitments to Maintain the Capital of an Insured Depository Institution

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

                              _____ continuation sheets attached

In re: <u>Roberta Roberts</u>        Doc 1    **Case No.**
    Debtor                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  CBUSA Sears PO Box 6189 Sioux Falls, SD 57117 | | | Consumer purchases | | | | $ 2,369.00 | |
| ACCOUNT NO. 5138381240062150  Chase PO Box 15298 Wilmington, DE 19850 | | | Consumer purchases | | | | $ 2,989.00 | |
| ACCOUNT NO. 4417129997125139  Chase PO Box 15153 Wilmington, DE 19886 | | | Consumer purchases | | | | $ 1,645.94 | |
| ACCOUNT NO. 284058280  Cingular PO Box 6428 Carol Stream, IL 60197 | | | Consumer purchases | | | | $ 1,425.00 | |
| ACCOUNT NO. 4271382061592032  Citi PO Box 688920 Des Moines, IA 50368 | | | Consumer purchases | | | | $6,098.00 | |
| ACCOUNT NO. 5458003727383101  Direct Merchants Bank PO Box 21550 Tulsa, OK 74121 | | | Consumer purchases | | | | $ 5,550.79 | |
| ACCOUNT NO. 6011007170243074  Discover PO Box 30395 Salt Lake City, UT 84130-0395 | | | Consumer purchases | | | | $ 9,614.00 | |
| Sheet no. 2 of 3 sheets attached to Schedule of Creditors Holding Priority Claim | | | Subtotal > (Total of this page) | | | | $ 29,691.73 | |
| | | | Total > (Complete only on last page of Schedule F) | | | | $ | |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5499440907525005 <br> **GM Card** <br> **PO Box 37281** <br> **Baltimore, MD 21297-3281** | | | Consumer purchases | | | | $4,061.00 | |
| ACCOUNT NO. 4313025814168242 <br> **MBNA America** <br> **PO Box 15026** <br> **Wilmington, DE 19850-5026** | | | Consumer purchases | | | | $ 691.43 | |
| ACCOUNT NO. <br> **Nextel** <br> **PO Box 4191** <br> **Carol Stream, IL 60197** | | | Consumer purchases | | | | Notice Only | |
| ACCOUNT NO. 4185558844924932 <br> **Providian** <br> **PO Box 660487** <br> **Dallas, TX 75266** | | | Consumer purchases | | | | $3,162.00 | . |
| ACCOUNT NO. 4185558114475763 <br> **Providian** <br> **PO Box 660487** <br> **Dallas, TX 75266** | | | Consumer purchases | | | | $ 3,041.00 | |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| Sheet no.**3** of **3** sheets attached to Schedule of Creditors Holding Priority Claim | | | Subtotal > <br> (Total of this page) | | | | $10,955.43 | |
| | | | Total > <br> (Complete only on last page of Schedule F) | | | | $ 57,696.49 | |

**In re: Roberta Roberts**                      **Case No.** _____
      Debtor                                        (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party list on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

[ x ] Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| | |

In re: <u>Roberta Roberts</u>          Case No. _____
          Debtor                                    (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the non-debtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

[x]     Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Allen Roberts**<br>**17811 Maple**<br>**Country Club Hills, IL 60478** | |

§ 0301-15   - - Schedule I--Current Income of Individual Debtor(s)

In re: __Roberta Roberts__

Debtor   ' ·

Case No. _____
(If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

### DEPENDENTS OF DEBTOR AND SPOUSE

Debtor's Marital
Status: __Married__

| NAMES | AGE | RELATIONSHIP |
|---|---|---|
| | | |

| EMPLOYMENT | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Unemployed** | **Furniture salesman** |
| Name of Employer | | **Harlem Furniture** |
| How long employed | | **1 year** |
| Address of Employer | | **183 rd Halsted, Gleenwood, IL** |

| Income: (Estimate of average income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $_____ | $ 2,300.00 |
| Estimated monthly overtime | $_____ | $_____ |
| SUBTOTAL | $_____ | $ 2,300.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $_____ | $ 582.00 |
| b. Insurance | $_____ | $ 61.46 |
| c. Union dues | $_____ | $_____ |
| d. Other (Specify _____) | $_____ | $_____ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $_____ | $ 643.46 |
| TOTAL NET MONTHLY TAKE HOME PAY | $_____ | $ 1,656.54 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $_____ | $_____ |
| Income from real property | $_____ | $_____ |
| Interests and dividends | $_____ | $_____ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $_____ | $_____ |
| Social security or other government assistance (Specify) __Social Security__ | $ 1,001.00 | $_____ |
| Pension or retirement income | $_____ | $_____ |
| Other monthly income (Specify) _____ | $_____ | $_____ |
| TOTAL MONTHLY INCOME | $ 1,001.00 | $ 1,656.54 |

TOTAL COMBINED MONTHLY INCOME $ __2,657.54__          (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re: <u>**Roberta Roberts**</u>                                                                          **Case No.** _____
      Debtor  ,                                                                                              (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

      Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

[ ] Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | **$ 1,096.00** |
|       Are real estate taxes included? Yes [ ]  No [ ] | |
|       Is Property insurance included? Yes [ ]  No [ ] | |
| Utilities Electricity and heating fuel | $ 64.00 |
|    Water and sewer | $ 66.00 |
|    Telephone | $ 60.00 |
|    Other _____ | $ 80.00 |
| Home Maintenance (Repairs and upkeep) | $ |
| Food | $ 100.00 |
| Clothing | $ |
| Laundry and dry cleaning | $ 40.00 |
| Medical and dental expenses | $ |
| Transportation (not including car payments) | $ 150.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ |
| Charitable contributions | $ 20.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|    Homeowner's or renter's | $ |
|    Life | $ 48.00 |
|    Health | $ |
|    Auto | $ 43.00 |
|    Other _____ | $ |
| Taxes (not deducted from wages or included in home mortgage payments) (Specify) <u>Property</u> | $ 345.68 |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|    Auto _____ | $ |
|    Other _____ | $ |
|    Other _____ | $ |
|    Other _____ | $ |
| Alimony, maintenance, and support paid to others | $ |
| Payments for support of additional dependents not living at your home | $ |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| Other _____ | $ |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 2,112.68 |

(FOR CHAPTER 12 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A. Total projected monthly income | $ |
| B. Total projected monthly expenses | $ |
| C. Excess income (A minus B) | $ |
| D. Total amount to be paid into plain each <u>month</u> | $ |
|       (interval) | |

In re: <u>Roberta Roberts</u>

Debtor

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of *(total shown on summary page plus 1.)* sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  _10-13-05_

Signature  _Roberta Roberts_

Debtor **Roberta Roberts**

Date  _____

Signature  _____
*(Joint Debtor, if any)*

[If Joint case, both spouses must sign]

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the following summary and schedules, consisting of _____ *[total shown on summary page plus 1.]* sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  _____

Signature  _____

[Print or type name of individual signing on behalf of debtor]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

---

Penalty for making a false statement or concealing property.  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C §§ 152 and 3571.

UNITED STATES BANKRUPTCY COURT
**Northern**  DISTRICT OF  **Illinois**

In Re: **Roberta Roberts**

Debtor

Case No._____
(If known)

Chapter  7

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16-21. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach separate sheet properly identified with the case name, case number (if known), and the number of the question.
### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of the this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(30).

---

### 1. Income from employment or operation of business

**[x] None**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) | YEAR |
|---|---|---|

---

### 2. Income other than from employment or operation of business

[] None

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | YEAR |
|---|---|---|
| $ 12,012.00 | Social Security | 2005 |
| $ 16,800.00 | Social Security | 2004 |

**3. Payments to creditors**

[x] None

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

[x] None

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

[x] None

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |

[x] None

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**5. Repossessions, foreclosures and returns**

**[x] None**

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| | | |

---

**6. Assignments and receiverships**

**[x] None**

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| | | |

**[x] None**

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| | | | |

## 7. Gifts

**[x] None**

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| | | | |

## 8. Losses

**[x] None**

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| | | |

## 9. Payments related to debt counseling or bankruptcy

**[] None**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Lori V. Gillis Calvin D. Hawkins & Associates 4858 Broadway Post Office Box 64859 Gary, Indiana 46401 | 10/05 | $ 141.00 |

10. Other transfers

[x] None

   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

11. Closed financial accounts

[x] None

   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

12. Safe deposit boxes

[x] None

   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

13. Setoffs

[x] None

   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

14. Property held for another person

[x] None

   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

15. Prior address of debtor

[x] None

   If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the two years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the two years immediately preceding the commencement of this case.)*

16. Nature, location and name of business

[x] None

a. If the debtor is an individual, list the names and addresses of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the two years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the two years immediately preceding the commencement of this case.

b. If the debtor is a partnership, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within the two years immediately preceding the commencement of this case.

c. If the debtor is a corporation, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities within the two years immediately preceding the commencement of this case.

| NAME | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES OF OPERATION |
|------|---------|--------------------|-----------------------------------------|
|      |         |                    |                                         |

17. Books, records and financial statements

[x] None

a. List all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|
|                  |                         |

[x] None

b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|
|      |         |                         |

**[x] None**

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

**[x] None**

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

## 18. Inventories

**[x] None**

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY | SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|---|

**[x] None**

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 19. Current Partners, Officers, Directors and Shareholders

[x] None

   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| | | |

[x] None

   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| | | |

## 20. Former partners, officers, directors and shareholders

[x] None

   a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|
| | | |

[x] NONE

   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| | | |

21. Withdrawals from a partnership or distributions by a corporation

[x] None

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF RECIPIENT, | RELATIONSHIP TO DEBTOR | DATE AND PURPOSE WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## DECLARATION CONCERNING DEBTOR'S STATEMENT OF FINANCIAL AFFAIRS

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto, consisting of a total of ___ and that they are true and correct.

Date _1.2-13-05_          Signature _Roberta Roberts_
                          Debtor   **Roberta Roberts**

Date_____        Signature _____

                          Joint Debtor, if any

_____
(If joint case, both spouses must sign)
  *   *   *   *   *   *   *   *   *   *   *   *   *   *

  *[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date_____        Signature_____

                          Print Name and Title

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571*

## UNITED STATES BANKRUPTCY COURT

### __Northern__ District of __Illinois__

In re:  __Roberta Roberts__                        Case No. _____

                                                      (If known)

                   Debtor                                 Chapter 7

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or  to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .__$800.00__

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . .__$141.00__

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .__$659.00__

2. The source of the compensation paid to me was:

      [x] Debtor                 [ ] Other (specify)

3. The source of compensation to be paid to me is:

      [x] Debtor                 [ ] Other (specify)

4.   [x]  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    [ ]    I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d.    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e.    *[Other provisions as needed]*

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_10/13/2005_
Date

_Lori V. Gillis_
Lori V. Gillis
Attorney for Debtor
Atty. No. 7593-98
4858 Broadway - P.O. Box 64859
Gary, Indiana 46401
(219) 887-2626

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

IN RE:                                    )
                                          )
ROBERTA ROBERTS                           )        CASE NO:
                                          )
              Debtor(s)                   )        CHAPTER 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I, the debtor, have filed a schedule of assets and liabilities; which include consumer debts secured by property of the estate.

2. My intention with respect to the property of the estate; which secures those consumer debts is as follows:

A. Property to Be Surrendered.

| Description of Property | Creditor's Name |
|---|---|
| 1. N/A | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

B. Property to be Retained(check applicable statement of debtor's intention concerning reaffirmation, redemption, or lien avoidance.)

| Description of Property | Creditor's name | Debt will be Reaffirmed Pursuant to §524 (c) | Property is claimed as exempt and will be redeemed pursuant to § 722 | Lien will be avoid pursuant to § 522 (f) and property will be Claimed as exempt |
|---|---|---|---|---|
| 1. House& lot | Washington Mutual | X | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

3. I understand that § 521 (2) (B) of the Bankruptcy Code requires that I perform the above stated intention within 45 days of the date of the filing of this statement with the Court, or within such additional time as the Court, for cause, within such 45 day period fixes.

Date: 10-13-05

Signature of Debtor: **Roberta Roberts**

Date: _____

Signature of Joint Debtor:

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ROBERTA ROBERTS | ) | CASE NO: |
| | ) | |
| Debtor(s) | ) | CHAPTER 7 |

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I, the debtor, have filed a schedule of assets and liabilities; which include consumer debts secured by property of the estate.

2. My intention with respect to the property of the estate; which secures those consumer debts is as follows:

A. Property to Be Surrendered.

| Description of Property | Creditor's Name |
|---|---|
| 1. **N/A** | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

B. Property to be Retained(check applicable statement of debtor's intention concerning reaffirmation, redemption, or lien avoidance.)

| Description of Property | Creditor's name | Debt will be Reaffirmed Pursuant to §524 (c) | Property is claimed as exempt and will be redeemed pursuant to § 722 | Lien will be avoid pursuant to § 522 (f) and property will be Claimed as exempt |
|---|---|---|---|---|
| 1. **House& lot** | **Washington Mutual** | **X** | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

3. I understand that § 521 (2) (B) of the Bankruptcy Code requires that I perform the above stated intention within 45 days of the date of the filing of this statement with the Court, or within such additional time as the Court, for cause, within such 45 day period fixes.

Date: _10-13-05_          _Roberta Roberts_
                         Signature of Debtor: **Roberta Roberts**


Date: _____          _____
                         Signature of Joint Debtor:

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | CASE NO: |
| ROBERTA ROBERTS | ) | |
| | ) | CHAPTER 7 |
| Debtor | ) | |

## VERIFICATION OF CREDITOR MATRIX

The above named debtor hereby verifies under penalty of perjury that the attached list of creditors is true and correct to the best of the knowledge and belief of the debtor.

DATE: _10 -13-05_

_Roberta Roberts_

**Roberta Roberts**

Afni
404 Brock Drive
Bloomington, IL 61702

American Express
PO Box 297812
Ft. Lauderdale, FL 33329

AT & T Universal Card
PO Box 44167
Jacksonville, FL 32231-4167

BP/Citi
PO Box 6003
Hagerstown, MD 21747

Capital One
PO Box 85015
Richmond, VA 23285

CB USA
PO Box 8000
Hammond, IN 46325

CBUSA Sears
PO Box 6189
Sioux Falls, SD 57117

Chase
PO Box 15298
Wilmington, DE 19850

Chase
PO Box 15153
Wilmington, DE 19886

Cingular
PO Box 6428
Carol Stream, IL 60197

Citi
PO Box 688920
Des Moines, IA 50368

Direct Merchants Bank
PO Box 21550
Tulsa, OK 74121

Discover
PO Box 30395
Salt Lake City, UT 84130-0395

GM Card
PO Box 37281
Baltimore, MD 21297-3281

MBNA America
PO Box 15026
Wilmington, DE 19850-5026

Nextel
PO Box 4191
Carol Stream, IL 60197

Providian
PO Box 660487
Dallas, TX 75266

Washington Mutual Home Loans
PO Box 3139
Milwaukee, WI 53201

APPEARANCE

# United States Bankruptcy Court
## For the Northern District of Illinois

IN RE: Roberta Roberts, Debtor )
                                 )     Case No.
                                 )
                                 )

I, the undersigned, hereby file my appearance as attorney for

      Roberta Roberts

  Lori V. Gillis                                     Calvin D. Hawkins & Associates
Print Name on this Line                          Firm Name

                                    4858 Broadway
Signature                                     Street Address

                                    Gary         IN    46408
Attorney ID Number  6225017                      City          State   Zip

                                    Telephone  219-887-2626

Trial Attorneys*

      Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

      Dated: _____

TYPE OF DEFENSE COUNSEL
      CJA_____, RETAINED____,SELF    _____,NONE OTHER   _____,PUBDEF _____

FOR OFFICE USE ONLY:
      Party Code: P_____ D_____ TP_____